# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00080-CV

**Cotechno Group, Inc., Appellant**

**v.**

**The Burlington Insurance Company, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 14-0180-C, HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due in this Court on May 22, 2015. If an appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and appellee is not significantly injured by that failure.[1] On June 1, 2015, we sent notice to appellant that its brief was overdue and that the appeal may be dismissed for want of prosecution if appellant did not submit a proper motion to this Court on or before June 11, 2015. To date, no brief or motion for extension of time has been filed. Accordingly, we dismiss the appeal for want of prosecution.[2]

---

[1] *See* Tex. R. App. P. 38.8(a)(1).

[2] *See id.* 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Prosecution

Filed:   June 26, 2015